FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHAUNCY JAMAL NAFF, ) | No. CV 07-4417-PSG (PLA) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| M.C. KRAMER, Warden, ) | |
| Respondent. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3/25/08

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE